IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>Real property at 522 South Main Street, )<br>Jefferson, North Carolina 28694, identified in )<br>a deed recorded in the Ashe County, North )<br>Carolina Register of Deeds Office, Deed )<br>Book 365, Page 1835; )<br>)<br>Real property at 189 Wicker Street, West )<br>Jefferson, North Carolina 28694, identified in )<br>a deed recorded in the Ashe County, North )<br>Carolina Register of Deeds Office, Deed )<br>Book 376, Page 2447; )<br>)<br>Real property at Lot 31, Candlelight Park, )<br>West Jefferson, North Carolina 28694, )<br>identified in a deed recorded in the Ashe )<br>County, North Carolina Register of Deeds )<br>Office, Deed Book 378, Page 162; )<br>)<br>Real property at Lot 30, Candlelight Park, )<br>West Jefferson, North Carolina 28694, )<br>identified in a deed recorded in the Ashe )<br>County, North Carolina Register of Deeds )<br>Office, Deed Book 379, Page 1358; )<br>)<br>Real property at Big Laurel Road, Creston, )<br>North Carolina 28615, identified in a deed )<br>recorded in the Ashe County, North Carolina )<br>Register of Deeds Office, Deed Book 379, ) | **ORDER**<br>**AND LIS PENDENS**<br><br>3:09-mc-222 |

Page 1536;                                          )
                                                    )
Real property at Buck Mountain Heights,             )
West Jefferson, North Carolina 28694,               )
identified in a deed recorded in the Ashe           )
County, North Carolina Register of Deeds            )
Office, Deed Book 380, Page 2111;                   )
                                                    )
Real property at 19 East Ashe Street, West          )
Jefferson, North Carolina 28694, identified in      )
a deed recorded in the Ashe County, North           )
Carolina Register of Deeds Office, Deed             )
Book 381, Page 256;                                 )
                                                    )
Real property at the Township of Walnut Hill,       )
Ashe County, North Carolina, identified in a        )
deed recorded in the Ashe County, North             )
Carolina Register of Deeds Office, Deed             )
Book 382, Page 1422;                                )
                                                    )
Real property at Rich Hill Road, Creston,           )
North Carolina 28615, identified in a deed          )
recorded in the Ashe County, North Carolina         )
Register of Deeds Office, Deed Book 382,            )
Page 2357;                                          )
                                                    )
Real property at 643 East Hidden Mountain           )
Lane, Crumpler, North Carolina 28617,               )
identified in a deed recorded in the Ashe           )
County, North Carolina Register of Deeds            )
Office, Deed Book 384, Page 365;                    )
                                                    )
Real property at Lot 15, Candlelight Park,          )
West Jefferson, North Carolina 28694,               )
identified in a deed recorded in the Ashe           )
County, North Carolina Register of Deeds            )
Office, Deed Book 386, Page 2093;                   )
                                                    )
Real property at 215 South Jefferson Avenue,        )
West Jefferson, North Carolina 28694,               )
identified in a deed recorded in the Ashe           )
County, North Carolina Register of Deeds            )
Office, Deed Book 386, Page 2465;                   )

Real property at Jefferson Station, 215 South )
Jefferson Avenue, West Jefferson, North )
Carolina 28694, further described as Units )
230, 231, and 232 of Jefferson Station )
Condominium, identified in a deed recorded )
in the Ashe County, North Carolina Register )
of Deeds Office, Deed Book 387, Page 27; )
)
Real property adjoining Candlelight Park )
Subdivision, West Jefferson, North Carolina )
28694, identified in a deed recorded in the )
Ashe County, North Carolina Register of )
Deeds Office, Deed Book 387, Page 806; )
)
Real property adjoining Candlelight Park )
Subdivision, West Jefferson, North Carolina )
28694, identified in a deed recorded in the )
Ashe County, North Carolina Register of )
Deeds Office, Deed Book 387, Page 809; )
)
Real property off of Candle Street, West )
Jefferson, North Carolina 28694, identified in )
a deed recorded in the Ashe County, North )
Carolina Register of Deeds Office, Deed )
Book 387, Page 803; )
)
Real property off of Candle Street, West )
Jefferson, North Carolina 28694, identified in )
a deed recorded in the Ashe County, North )
Carolina Register of Deeds Office, Deed )
Book 387, Page 800; )
)
Real property in the vicinity of Candle Street, )
West Jefferson, North Carolina 28694, )
identified in a deed recorded in the Ashe )
County, North Carolina Register of Deeds )
Office, Deed Book 387, Page 932; )
)
Real property at Roe-Land Estates )
Subdivision, Township of Helton, Ashe )
County, North Carolina, further described as )
Lots 25, 28, 29, and 30, identified in a deed )
recorded in the Ashe County, North Carolina )

Register of Deeds Office, Deed Book 389, )
Page 351; )
)
Real property at Ridgecrest Avenue, West )
Jefferson, North Carolina 28694, further )
described as Duplex 2A, identified in a deed )
recorded in the Ashe County, North Carolina )
Register of Deeds Office, Deed Book 389, )
Page 1537; and )
)
Real property at Jefferson Station, 215 South )
Jefferson Avenue, West Jefferson, North )
Carolina 28694, further described as Unit 216 )
of Jefferson Station Condominium, identified )
in a deed recorded in the Ashe County, North )
Carolina Register of Deeds Office, Deed )
Book 389, Page 2121. )
)
_____ )
**FILE IN GRANTOR INDEX UNDER:** )
)
**Black Diamond Capital Solutions, Black** )
**Diamond Capital Solutions, LLC, Keith** )
**Simmons, and Suzanne Simmons** )
)

    WHEREAS, the United States of America, by and through Special Agent James Meade of the Federal Bureau of Investigation, has presented an affidavit to the Court alleging that the above-captioned properties are subject to forfeiture as set forth in 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461; and,

    WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that offenses in violation of 18 U.S.C. §§ 1343, 1348, 371, and/or 1956 have been committed, and probable cause to believe that the above captioned properties are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461; and,

    WHEREAS, upon this finding of probable cause that the properties are subject forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461, the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential forfeiture claim against the properties;

    THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the

properties so that the United States may initiate action to adjudicate forfeiture of the properties; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the properties may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

> United States Attorney for the Western District of North Carolina
> Attn: Benjamin Bain-Creed
> 227 West Trade Street, Suite 1650
> Charlotte, NC 28202
> (704) 344-6222

This the 8th day of December, 2008.

_____
Honorable David C. Keesler
UNITED STATES MAGISTRATE JUDGE