IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No. 3:09MC222

| | |
|---|---|
| IN RE: ) <br> ) <br> Real property at Ridgecrest Avenue, West ) <br> Jefferson, North Carolina 28694, further ) <br> described as Duplex 2A, identified in a deed ) <br> recorded in the Ashe County, North Carolina ) <br> Register of Deeds Office, Deed Book 389, ) <br> Page 1537. ) <br> ) <br> ) <br> **FILE IN GRANTEE INDEX UNDER:** ) <br> ) <br> **Black Diamond Capital Solutions, Black** ) <br> **Diamond Capital Solutions, LLC, Keith** ) <br> **Simmons, and Suzanne Simmons** ) <br> ) | **ORDER RELEASING ORDER AND LIS PENDENS ON REAL PROPERTY IDENTIFIED IN ASHE COUNTY DEED BOOK 389, PAGE 1537** |

    WHEREAS, the United States of America, by and through Special Agent James Meade of the Federal Bureau of Investigation, presented an affidavit to the Court alleging that the above-captioned property (hereafter identified as "Duplex") is subject to forfeiture as set forth in 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461;

    WHEREAS, the Court, having reviewed the affidavit, issued an order and lis pendens against the Duplex;

    WHEREAS, the United States has advised the Court that a sale of the Duplex is pending and the United States has obtained from the Court a seizure warrant for the approximately $62,743.83 in proceeds of the sale as a substitute res for the Duplex;

WHEREAS, the United States has advised the Court that upon seizure of the proceeds of the sale from closing attorney Grady Lonon and deposit of the proceeds into a FBI or U.S. Marshals account, release of the order and lis pendens, only as such order applies to the above captioned Duplex, will be necessary to ensure that the prospective buyer of the Duplex obtains title free and clear of the order and lis pendens.

THEREFORE, the United States is directed that, upon deposit of approximately $62,743.83 in proceeds of the sale of the Duplex into a FBI or U.S. Marshals account, the United States shall file this Order Releasing Order and Lis Pendens on Real Property in Ashe County Deed Book 389, Page 1357; and

ALL WHO READ THIS ORDER TAKE NOTICE that the Order and Lis Pendens filed at Ashe County Register of Deeds Book 404, Page 1398 is released, but only released to the extent that the Order and Lis Pendens applies to the Duplex identified herein.

This the 10th day of March, 2010.

_____
Honorable David C. Keesler
UNITED STATES MAGISTRATE JUDGE